**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAREN SNYDER, CHERYL** | : | **CIVIL ACTION** |
| **ROBINSON-KELLY, BARBARA** | : | |
| **FREDERICI and KIMBERLY NIEDRIST,** | : | |
| **Individually and on Behalf of All** | : | |
| **Others Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HOLY REDEEMER HEALTH SYSTEM,** | : | |
| **d/b/a HOLY REDEEMER HOSPITAL,** | : | |
| **THE HOLY REDEEMER HEALTH** | : | |
| **SYSTEM PENSION PLAN COMMITTEE** | : | |
| **and DOE DEFENDANTS 1-20** | : | **NO. 17-960** |

## ORDER

**NOW,** this 7th day of February, 2018, upon consideration of the Motion of Defendant, Holy Redeemer Health System, Inc. d/b/a Holy Redeemer Hospital, to Dismiss Amended Class Action Complaint (Document No. 13), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.     To the extent the motion seeks to dismiss the case for lack of subject matter jurisdiction, it is **DENIED**.

2.     To the extent the motion seeks dismissal under Fed. R. Civ. P. 12(b)(6), it is converted to a motion for summary judgment.

/s/TIMOTHY J. SAVAGE