UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| KAREN SNYDER, CHERYL ROBINSON-KELLY, BARBARA FREDERICI, AND KIMBERLY NIEDRIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOLY REDEEMER HEALTH SYSTEM d/b/a/ HOLY REDEEMER HOSPITAL, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>: Civil Action No. 2:17-cv-00960-TJS-JPH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

---

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Named Plaintiffs Karen Snyder, Cheryl Robinson-Kelly, Barbara Frederici, and Kimberly Niedrist (collectively, "Plaintiffs"), on behalf of the Settlement Class of participants in the Retirement Plan for Employees of Holy Redeemer Health System (the "Plan"), hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 23, for entry of the Final Approval Order that:

1. Approves the proposed Class Action Settlement Agreement and Release Between Plaintiffs and Defendant Holy Redeemer Health System d/b/a Holy Redeemer Hospital (the "Settlement" or "Settlement Agreement") as fair, reasonable and adequate;

2. Certifies the Settlement Class, for settlement purposes only, and appoints Named Plaintiffs as class representatives for the Settlement Class;

3. Appoints the law firm of Connolly Wells & Gray, LLP ("CWG") as Class Counsel for the Settlement Class;

4.	Approves Class Counsel's application for an award of fees, costs, and expenses;

5.	Awards a Service Payment to each of the Named Plaintiffs in recognition of their efforts to the Settlement Class;

6.	Dismisses the Action with prejudice; and

7.	Grants such other and further relief as the Court may deem just and proper.

The grounds for the Motion are set forth in the following papers filed contemporaneously herewith:

A.	Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class;

B.	Memorandum in Support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Payments to the Named Plaintiffs; and

C.	Declaration of Gerald D. Wells, III in Support of Plaintiffs' Motion for Final Approval of Settlement, and all exhibits thereto.

Dated:  November 19, 2018				Respectfully submitted,

						**CONNOLLY WELLS & GRAY, LLP**

						*/s/ Gerald D. Wells, III*
						Gerald D. Wells, III
						Robert J. Gray
						2200 Renaissance Boulevard, Suite 275
						King of Prussia, PA 19406
						Telephone: (610) 822-3700
						Facsimile: (610) 822-3800
						Email: gwells@cwglaw.com
						          rgray@cwglaw.com

						*Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of November 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III
